

ORIGINAL
FILED

UNDER SEAL

2016 APR 27 PM 2:32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
| PLAINTIFF | |
| v. | CR No. 16-292 |
| MARIA CHERNYKH, TATIANA FAROOK, and SYED RAHEEL FAROOK, | NOTICE TO COURT OF RELATED CRIMINAL CASE |
| DEFENDANT(S) | (PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Enrique MARQUEZ, JR.</u>, Case No. CR 15-93-JGB, which:

   __X__    was previously assigned to the Honorable Jesus G. Bernal;

   _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   __X__    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

   __X__    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: April 25, 2016

JAY H. ROBINSON
Assistant United States Attorney