**UNDER SEAL**

**ORIGINAL**

EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
JAY H. ROBINSON (California Bar No. 230015)
MELANIE SARTORIS (California Bar No. 217560)
MIEKE B. TARWATER (California Bar No. 228828)
Assistant United States Attorneys
Terrorism and Export Crimes Section
3403 Tenth Street
Suite 200
Riverside, California 92501
Telephone: (951) 276-6267
           (213) 894-5615
           (213) 894-0687
Facsimile: (951) 276-6202
           (213) 894-7631
E-mail:    jay.robinson@usdoj.gov
           melanie.sartoris@usdoj.gov
           mieke.tarwater@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MARIYA CHERNYKH,
TATIANA FAROOK, and
SYED RAHEEL FAROOK,

    Defendants.

No. CR 16-___

**GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF JAY H. ROBINSON**

**(UNDER SEAL)**


FILED
CLERK, U.S. DISTRICT COURT
APR 27 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

```
 1  EILEEN M. DECKER
    United States Attorney
 2  PATRICIA A. DONAHUE
    Assistant United States Attorney
 3  Chief, National Security Division
    JAY H. ROBINSON (California Bar No. 230015)
 4  MELANIE SARTORIS (California Bar No. 217560)
    MIEKE B. TARWATER (California Bar No. 228828)
 5  Assistant United States Attorneys
    Terrorism and Export Crimes Section
 6       3403 Tenth Street
         Suite 200
 7       Riverside, California 92501
         Telephone:  (951) 276-6267
 8                   (213) 894-5615
                     (213) 894-0687
 9       Facsimile:  (951) 276-6202
                     (213) 894-7631
10       E-mail:     jay.robinson@usdoj.gov
                     melanie.sartoris@usdoj.gov
11                   mieke.tarwater@usdoj.gov

12  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
13
```

FILED
CLERK, U.S. DISTRICT COURT
APR 27 2016
CENTRAL DISTRICT OF CALIF
EASTERN DIVISION

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-292 |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF JAY H. ROBINSON |
| v. | |
| MARIYA CHERNYKH, TATIANA FAROOK, and SYED RAHEEL FAROOK, | **(UNDER SEAL)** |
| Defendants. | |

The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants(s)) be kept under seal

///

///

///

until the government files a "Report Commencing Criminal Action" in this matter.

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Jay H. Robinson.

Dated: April 26, 2016

Respectfully submitted,

EILEEN M. DECKER
United States Attorney

PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division

/s/
JAY H. ROBINSON
MELANIE SARTORIS
MIEKE B. TARWATER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**DECLARATION OF JAY H. ROBINSON**

I, Jay H. Robinson, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Mariya Chernykh, Tatiana Farook, and Syed Raheel Farook</u>, the indictment in which is being presented to a federal grand jury in the Central District of California on April 27, 2016.

2. The defendants charged in the above-captioned indictment have not been taken into custody on the charge(s) contained in the indictment and have not been informed that they are being named as defendant(s) in the indictment to be presented to the grand jury on April 27, 2016. The likelihood of apprehending one or more of the charged defendants might jeopardized if the indictment in this case were made publicly available before defendant(s) are taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Riverside, California, on April 26, 2016.

_____
JAY H. ROBINSON

1