UNDER SEAL — AGENT TO EXECUTE — ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>V.<br><br>MARIYA CHERNYKH,<br>TATIANA FAROOK, and<br>SYED RAHEEL FAROOK<br><br>Defendant(s). | CASE NUMBER:<br><br>CR 16-00292-1<br><br>**WARRANT FOR ARREST** |

FILED 2016 APR 28 AM 11:02 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE BY: ___

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest __MARIYA CHERNYKH__
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☒ Indictment
☐ Information ☐ Order of Court ☐ Violation Petition ☐ Violation Notice
charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)

Conspiracy, in violation of Title 18, United States Code, Section 371;
Fraud and Misuse of Visas, Permits, and Other Documents, in violation of Title 18, United States Code, Section 1546(a);
Perjury, in violation of Title 18, United States Code, Section 1621; and
Material False Statements, in violation of Title 18, United States Code, Section 1001(a)(2)

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| Kiry K. Gray<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>_/s/ Bandek_<br>SIGNATURE OF DEPUTY CLERK | APR 27 2016   RIVERSIDE, CA<br>DATE AND LOCATION OF ISSUANCE<br><br>By: __DAVID T. BRISTOW__<br>NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

2912 S. Plum Drive, Ontario, Ca.

| | |
|---|---|
| 4/27/16<br>DATE RECEIVED<br><br>4/28/16<br>DATE OF ARREST | Theodore Nevatt<br>NAME OF ARRESTING OFFICER<br><br>Special Agent<br>TITLE<br><br>_Ted Nevatt_<br>SIGNATURE OF ARRESTING OFFICER |

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO