FILED

2016 APR 28 AM 10:15
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE
BY ___

*Dave Kaloyanides ←* (handwritten note, left margin)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
v.
MARIYA CHERNYKH
DEFENDANT

CASE NUMBER: 16-00292-1

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 4/28/2016  0629  [X] AM  [ ] PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: [ ] Yes  [X] No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): [X] Yes  [ ] No

4. Charges under which defendant has been booked:

   18 USC 371, CONSPIRACY; 18 USC 1546 VISA FRAUD; 18 USC 1621 PERJURY
   18 USC 1001, FALSE STATEMENTS (2 COUNTS)

5. Offense charged is a: [X] Felony  [ ] Minor Offense  [ ] Petty Offense  [ ] Other Misdemeanor

6. Interpreter Required: [X] No  [ ] Yes  Language: ___

7. Year of Birth: 1990

8. Defendant has retained counsel: [ ] No
   [X] Yes  Name: ~~KENNETH BYRD~~  Phone Number: 213-388-9630 o
                                                    310-808-8700 cell

9. Name of Pretrial Services Officer notified: M. MONROE

10. Remarks (if any): ___

11. Name: N. T. ELIAS  (please print)

12. Office Phone Number: 951 686 0335   13. Agency: FBI

14. Signature: /s/ N.T. Eli   15. Date: 04/28/2016

CR-64 (2/14)  REPORT COMMENCING CRIMINAL ACTION