# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 5:16-CR-00292-PSG       Court Reporter: Adele Frazier       Date: 04/28/2016

Present: The Honorable David T. Bristow, U.S. Magistrate Judge

Court Clerk: Danalyn Castellanos       Assistant U.S. Attorney: AUSA, Jay Robinson

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1.) MARIYA CHERNYKH<br>    Custody<br>2.) TATIANA FAROOK<br>    Custody<br>3.) SYED RAHEEL FAROOK<br>    Custody | David Kaloyanides<br>    Panel<br>Dyke E. Huish<br>    Retained<br>Ronald M. Cordova<br>    Retained | None | None |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE AND INITIAL APPEARANCE.**

Defendants are arraigned and state state their true name is as charged.

Defendants are given a copy of the Indictment.

Defendants acknowledge receipt of a copy and waives reading thereof.

The Court appoints David Kaloyanides, CJA Panel, as counsel for all further proceedings for defendant 1.) Mariya Chernykh

Financial affidavit is submitted and filed for defendant 1.) Mariya Chernykh.

Defendants' first appearance.
Bond is ordered in the amount of a 1.) $50,000 for defendant Mariya Chernykh 2.) $35,000 for Defendant Tatiana Farook 3.) $25,000 for Defendant Syed Raheel Farook

Government moves for Permanent Detention of all defendants. Court denies the Government's request and sets bail.

Defendants plead not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Philip S. Gutierrez.
It is ordered that the following date(s) and time(s) are set:
  Jury Trial 6/21/2016 at 9:00 AM
  Status Conference 6/6/2016 at 10:00 AM
  Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

Trial estimate: 4-6 Days.

1.) Defendant Mariya Chernykh released no. 34672. 2.) Defendant Tatiana Farook release no. 34671; released upon posting a $50,000 unsecured appearance bond w/out justification signed by R. Farook pending the posting of the secured bond of either property (full deeding) or cash iao $10,000. Once secured bond is posted then the $50,000 unsecured bond shall be vacated and reduced to $25,000. 3.) Defendant Syed Raheel Farook release no. 34670

First Appearance/Appointment of Counsel: 2 : 15
PIA: 00 : 10
Initials of Deputy Clerk: DC

cc: Statistics Clerk, PSALA CJA Supv Attorney, PSAED, USMED