# *United States Pretrial Services*

United States District Court
Central District of California

George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

May 13, 2016



United States District Court
Riverside, California

**Re: Release Order Authorization**
**Defendant: Chernykh, Mariya**
**Docket #: 2:16CR00292-001**

To Whom It May Concern:

On April 28, 2016, the defendant's bond was set by the Honorable David T. Bristow. Special conditions of the bond include: **RELEASE TO PRETRIAL SERVICES ONLY,** for placement in an electronic monitoring program.

Please be advised that the defendant has been found acceptable for placement in an electronic monitoring program.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Dalayna Ecklund
Location Monitoring Technician
951-328-4491