EILEEN M. DECKER
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JAY H. ROBINSON (Cal. Bar No. 230015)
MELANIE SARTORIS (Cal. Bar No. 217560)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (951) 276-6267
             (213) 894-5615
    Facsimile: (951) 276-6202
             (213) 894-7631
    E-mail:   jay.robinson@usdoj.gov
              melanie.sartoris@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MARIYA CHERNYKH,<br>TATIANA FAROOK, and<br>SYED RAHEEL FAROOK,<br><br>        Defendants. | No. CR 16-292-JGB<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**[PROPOSED] TRIAL DATE:<br>March 28, 2017**<br><br>**[PROPOSED] STATUS CONFERENCE DATE:<br>March 13, 2017** |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in

this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from November 8, 2016, to March 28, 2017 at 9:00 a.m. The status conference hearing is continued from October 31, 2016, to March 13, 2017 at 2:00 p.m.

2. The time period of November 8, 2016 to March 28, 2017, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendants shall appear in Courtroom 1 of the Federal Courthouse, 3470 Twelfth Street, Riverside, California on March 13, 2017 at 2:00 p.m., and March 28, 2017 at 9:00 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must

///
///
///

commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

 October 13, 2016  
  DATE                                  HONORABLE JESUS G. BERNAL  
                                            UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Melanie Sartoris*  
 MELANIE SARTORIS  
 Assistant United States Attorney