David J. Kaloyanides SBN 160368
E: djpkaplc@me.com
**DAVID J.P. KALOYANIDES**
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Attorney for Defendant
Mariya Chernykh

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:16-CR-00292 JGB (01) |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| MARIYA CHERNYKH, | |
| Defendant. | |

Defendant Mariya Chernykh, by and through her counsel of record in this case, David J. Kaloyanides, and Plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. Defendant has been on pretrial release since April 28, 2016.

2. The conditions of defendant's pretrial release include location monitoring through a location monitoring bracelet and a curfew.

3. Defendant seeks to modify the conditions of her pretrial release to remove the the location monitoring bracelet and curfew conditions as terms and conditions of her bond.

1
STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE

4. The government does not oppose this modification.

5. Pretrial services does not oppose this modification.

Accordingly, the parties stipulate that the pretrial release conditions of release requiring a location monitoring bracelet and curfew be removed.

It is so stipulated.

THE UNITED STATES OF AMERICA

Date: April 10, 2018   By: _s/ Melanie Sartoris_  by DJK per email authorization
                           Melanie Sartoris
                           Assistant United States Attorney
                           Attorney for Plaintiff

Date: April 10, 2018        _David J. Kaloyanides_
                           David J. Kaloyanides
                           Attorney for Defendant
                           Mariya Chernykh