David J. Kaloyanides SBN 160368
E: djpkaplc@me.com
**DAVID J.P. KALOYANIDES**
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120

CC: PSA

Attorney for Defendant
Mariya Chernykh

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-00292 JGB (01) |
| Plaintiff, | ORDER ON STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| MARIYA CHERNYKH, | |
| Defendant. | |

This matter came before the Court on the stipulation of the parties. The Court has considered the stipulation, and good cause appearing therefor:

IT IS HEREBY ORDERED that the terms and conditions of defendant's pretrial release are modified as follows:

1. The location monitoring bracelet condition is hereby removed; and
2. The curfew condition is hereby removed.

---
1
ORDER ON STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE

All other terms and conditions remain.

IT IS SO ORDERED.

DATED: April 12, 2018

*(signature)*
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented By:

David J. Kaloyanides SBN 160368
E: djpkaplc@me.com
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120

*David J. Kaloyanides*
Attorney for Defendant
Mariya Chernykh