TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
MELANIE SARTORIS (California Bar No. 217560)
Assistant United States Attorney
Terrorism and Export Crimes Section
    3403 Tenth Street
    Suite 200
    Riverside, California 92501
    Telephone: (213) 894-5615
    Facsimile: (213) 894-7631
    E-mail:   melanie.sartoris@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIYA CHERNYKH, et al.,<br>-1) MARIYA CHERNYKH<br><br>    Defendants. | No. ED CR 16-292-JGB<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br><br>**SENTENCING DATE:** November 5, 2018<br><br>[PROPOSED] SENTENCING DATE:<br>May 20, 2019 |

    Plaintiff United States of America, by and through its counsel of record, and defendant MARIYA CHERNYKH ("defendant"), by and through her counsel of record, hereby stipulate as follows:

    1.    The Indictment in this case was filed on April 27, 2016.

    2.    On January 26, 2017, defendant pled guilty pursuant to a written plea agreement with the government to violating 18 U.S.C. § 371: Conspiracy, 18 U.S.C. § 1621: Perjury, and 18 U.S.C. § 1001(a)(2): Material False Statements. The Court originally set

defendant's sentencing for November 20, 2017, and, at the request of the parties, continued it to November 5, 2018. Defendant is out of custody on bond pending sentencing.

3. By this stipulation, the parties respectfully request to continue the sentencing hearing from November 5, 2018, to May 20, 2019.

4. Defendant needs additional time to prepare her written sentencing position and believes it is in her best interest to seek a continuance.

5. The government does not object to this request.

IT IS SO STIPULATED.

Dated: October 15, 2018　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　TRACY L. WILKISON
　　　　　　　　　　　　　　　　Attorney for the United States,
　　　　　　　　　　　　　　　　Acting Under Authority Conferred by
　　　　　　　　　　　　　　　　28 U.S.C. § 515

　　　　　　　　　　　　　　　　PATRICK R. FITZGERALD
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Chief, National Security Division


　　　　　　　　　　　　　　　　　/s/ Melanie Sartoris
　　　　　　　　　　　　　　　　MELANIE SARTORIS
　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA


Dated: October 15, 2018　　　　　/s/ by electronic authorization
　　　　　　　　　　　　　　　　DAVID J.P. KALOYANIDES

　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　MARIYA CHERNYKH