TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
MELANIE SARTORIS (California Bar No. 217560)
Assistant United States Attorney
Terrorism and Export Crimes Section
    3403 Tenth Street
    Suite 200
    Riverside, California 92501
    Telephone: (213) 894-5615
    Facsimile: (213) 894-7631
    E-mail:    melanie.sartoris@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR 16-292-JGB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | **SENTENCING DATE: May 20, 2019** |
| MARIYA CHERNYKH, et al., -1) MARIYA CHERNYKH | **[PROPOSED] SENTENCING DATE: March 9, 2020** |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, and defendant MARIYA CHERNYKH ("defendant"), by and through her counsel of record, hereby stipulate as follows:

    1.   The Indictment in this case was filed on April 27, 2016.

    2.   On January 26, 2017, defendant pled guilty pursuant to a written plea agreement with the government to violating 18 U.S.C. § 371: Conspiracy, 18 U.S.C. § 1621: Perjury, and 18 U.S.C. § 1001(a)(2): Material False Statements. The Court originally set

defendant's sentencing for November 20, 2017, and, at the request of the parties, continued it to May 20, 2019. Defendant is out of custody on bond pending sentencing.

3. By this stipulation, the parties respectfully request to continue the sentencing hearing from May 20, 2019, to March 9, 2020.

4. Defendant needs additional time to prepare her written sentencing position and believes it is in her best interest to seek a continuance.

5. The government does not object to this request.

IT IS SO STIPULATED.

Dated: April 26, 2019          Respectfully submitted,

                               TRACY L. WILKISON
                               Attorney for the United States,
                               Acting Under Authority Conferred by
                               28 U.S.C. § 515

                               PATRICK R. FITZGERALD
                               Assistant United States Attorney
                               Chief, National Security Division


                               */s/ Melanie Sartoris*
                               MELANIE SARTORIS
                               Assistant United States Attorney

                               Attorney for Plaintiff
                               UNITED STATES OF AMERICA

Dated: April 26, 2019          */s/ by electronic authorization*
                               DAVID J.P. KALOYANIDES

                               Attorney for Defendant
                               MARIYA CHERNYKH

2