TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
MELANIE SARTORIS (California Bar No. 217560)
Assistant United States Attorney
Terrorism and Export Crimes Section
    3403 Tenth Street
    Suite 200
    Riverside, California 92501
    Telephone: (213) 894-5615
    Facsimile: (213) 894-7631
    E-mail:  melanie.sartoris@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

cc: USPO/PSA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIYA CHERNYKH, et al.,<br>-1) MARIYA CHERNYKH<br><br>    Defendants. | No. CR 16-292-JGB-1<br><br>ORDER |

    For the reasons contained in the parties' stipulation it is hereby ORDERED that the sentencing hearing for defendant MARIYA CHERNYKH is continued to March 9, 2020 at 2:00 p.m.

    IT IS SO ORDERED.

April 26, 2019
DATE

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE