TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
MELANIE SARTORIS (California Bar No. 217560)
Assistant United States Attorney
Deputy Chief, General Crimes Section
    312 North Spring Street
    Suite 1200
    Los Angeles, California 90012
    Telephone: (213) 894-5615
    Facsimile: (213) 894-0141
    E-mail:   melanie.sartoris@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIYA CHERNYKH, et al., <br> -1) MARIYA CHERNYKH <br><br> Defendants. | No. ED CR 16-292-JGB <br><br> STIPULATION TO CONTINUE SENTENCING HEARING <br><br> **SENTENCING DATE: March 9, 2020** <br><br> **[PROPOSED] SENTENCING DATE: September 28, 2020** |

    Plaintiff United States of America, by and through its counsel of record, and defendant MARIYA CHERNYKH ("defendant"), by and through her counsel of record, hereby stipulate as follows:

    1.   The Indictment in this case was filed on April 27, 2016.

    2.   On January 26, 2017, defendant pled guilty pursuant to a written plea agreement with the government to violating 18 U.S.C. § 371: Conspiracy, 18 U.S.C. § 1621: Perjury, and 18 U.S.C. § 1001(a)(2): Material False Statements.  The Court originally set

defendant's sentencing for November 20, 2017, and, at the request of the parties, continued it to March 9, 2020.  Defendant is out of custody on bond pending sentencing.

3. By this stipulation, the parties respectfully request to continue the sentencing hearing from March 9, 2020, to September 28, 2020.

4. Defendant needs additional time to prepare her written sentencing position and believes it is in her best interest to seek a continuance.

5. The government does not object to this request.

IT IS SO STIPULATED.

Dated: February 20, 2020          Respectfully submitted,

                                  TRACY L. WILKISON
                                  Attorney for the United States,
                                  Acting Under Authority Conferred by
                                  28 U.S.C. § 515

                                  PATRICK R. FITZGERALD
                                  Assistant United States Attorney
                                  Chief, National Security Division


                                   /s/ Melanie Sartoris
                                  MELANIE SARTORIS
                                  Assistant United States Attorney

                                  Attorney for Plaintiff
                                  UNITED STATES OF AMERICA

Dated: February 21, 2020          /s/ by electronic authorization
                                  DAVID J.P. KALOYANIDES

                                  Attorney for Defendant
                                  MARIYA CHERNYKH