TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MELANIE SARTORIS (California Bar No. 217560)
Assistant United States Attorney
Deputy Chief, General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5615
     Facsimile: (213) 894-0141
     E-mail:    melanie.sartoris@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-292 JGB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| MARIYA CHERNYKH, et al.,<br>-3) SYED RAHEEL FAROOK | |
| Defendants. | |

     For the reasons contained in the parties' stipulation it is hereby ORDERED that the sentencing hearing for defendant SYED RAHEEL FAROOK is continued from May 18, 2020, to November 9, 2020 at 2:00 p.m.

     IT IS SO ORDERED.

_____          _____
DATE                                    HONORABLE JESUS G. BERNAL
                                        UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Melanie Sartoris
MELANIE SARTORIS
Assistant United States Attorney