TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MELANIE SARTORIS (California Bar No. 217560)
Assistant United States Attorney
Deputy Chief, General Crimes Section
    312 North Spring Street
    Suite 1200
    Los Angeles, California 90012
    Telephone: (213) 894-5615
    Facsimile: (213) 894-0141
    E-mail:    melanie.sartoris@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>MARIYA CHERNYKH, et al.,<br>-1) MARIYA CHERNYKH<br><br>      Defendants. | No. ED CR 16-292-JGB-1<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br><br>**SENTENCING DATE: March 29, 2021**<br><br>**[PROPOSED] SENTENCING DATE: May 17, 2021** |

    Plaintiff United States of America, by and through its counsel of record, and defendant MARIYA CHERNYKH ("defendant"), by and through her counsel of record, hereby stipulate as follows:

    1.    The Indictment in this case was filed on April 27, 2016.

    2.    On January 26, 2017, defendant pled guilty pursuant to a written plea agreement with the government to violating 18 U.S.C. § 371: Conspiracy, 18 U.S.C. § 1621: Perjury, and 18 U.S.C. § 1001(a)(2): Material False Statements. The Court originally set defendant's sentencing for November 20, 2017, and, at the request of

the parties, continued it to March 29, 2021. Defendant is out of custody on bond pending sentencing.

3. By this stipulation, the parties respectfully request to continue the sentencing hearing from March 29, 2021, to May 17, 2021.

4. Defendant needs additional time to prepare her written sentencing position and believes it is in her best interest to seek a continuance.

5. Additionally, defense counsel requests the continuance based the ongoing COVID-19 pandemic and the expectation that counsel and others may be vaccinated from COVID-19 by the requested continued sentencing date.

6. The government does not object to and concurs in this request.

IT IS SO STIPULATED.

Dated: March 16, 2021          Respectfully submitted,

                               TRACY L. WILKISON
                               Acting United States Attorney,

                               CHRISTOPHER D. GRIGG
                               Assistant United States Attorney
                               Chief, National Security Division


                                /s/ Melanie Sartoris
                               MELANIE SARTORIS
                               Assistant United States Attorney

                               Attorney for Plaintiff
                               UNITED STATES OF AMERICA

Dated: March 16, 2021          /s/ by electronic authorization
                               DAVID J.P. KALOYANIDES

                               Attorney for Defendant
                               MARIYA CHERNYKH