```
TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MELANIE SARTORIS (California Bar No. 217560)
Assistant United States Attorney
Deputy Chief, General Crimes Section
     312 North Spring Street
     Suite 1200
     Los Angeles, California 90012
     Telephone: (213) 894-5615
     Facsimile: (213) 894-0141
     E-mail:    melanie.sartoris@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>         v.<br><br>MARIYA CHERNYKH, et al.,<br>-1) MARIYA CHERNYKH<br><br>    Defendants. | No. ED CR 16-292-JGB-1<br><br>[PROPOSED] ORDER |

For the reasons contained in the parties' stipulation it is hereby ORDERED that the sentencing hearing for defendant MARIYA CHERNYKH is continued to May 17, 2021 at 2:00 p.m.

IT IS SO ORDERED.

_____          _____
DATE                          HONORABLE JESUS G. BERNAL
                              UNITED STATES DISTRICT JUDGE

Presented by:

 */s/ Melanie Sartoris*
MELANIE SARTORIS
Assistant United States Attorney