...
---


TRACY L. WILKISON
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MELANIE SARTORIS (California Bar No. 217560)
Assistant United States Attorney
Deputy Chief, General Crimes Section
    312 North Spring Street
    Suite 1200
    Los Angeles, California 90012
    Telephone: (213) 894-5615
    Facsimile: (213) 894-0141
    E-mail:    melanie.sartoris@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-292-JGB-1 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MARIYA CHERNYKH, et al., -1) MARIYA CHERNYKH | |
| Defendants. | |

For the reasons contained in the parties' stipulation it is hereby ORDERED that the sentencing hearing for defendant MARIYA CHERNYKH is continued to May 17, 2021 at 2:00 p.m.

IT IS SO ORDERED.

 March 18, 2021
DATE                                HONORABLE JESUS G. BERNAL
                                    UNITED STATES DISTRICT JUDGE