Melanie Sartoris (Cal. Bar No. 217560)
312 North Spring Street, 12th Floor
Los Angeles, CA 90012
Telephone: (213) 894-5615
Facsimile: (213) 894-0141

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 16-CR-292-JGB |
| v. | |
| MARIYA CHERNYKH, et al., | NOTICE OF MANUAL FILING |
| -1) MARIYA CHERNYKH | OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged:  (**List Documents**)

Government's Ex Parte Application for Order Sealing Document [Under Seal];
Document [Under Seal]
[Proposed] Order Sealing Document;

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

May 10, 2021                        /s/ Melanie Sartoris
Date                                Attorney Name
                                    United States of America
                                    Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                **NOTICE OF MANUAL FILING OR LODGING**