David J. Kaloyanides SBN 160368
E: djpk@rt2counsel.com
12403 Central Ave., Ste 902
Chino, CA 91710
T: 213-444-5605

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF(S) v. MARIYA CHERNYKH, DEFENDANT(S). | CASE NUMBER: 5:16-CR-00292-JGB-1 |
|---|---|
| | NOTICE OF MANUAL FILING OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [X] Filed [ ] Lodged: **(List Documents)**

EX PARTE APPLICATION FOR ORDER TO FILE DOCUMENTS UNDER SEAL;
PROPOSED ORDER ON EX PARTE APPLICATION;
UNDER SEAL DOCUMENT
UNDER SEAL DECLARATION

**Reason:**
[X] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

11 May, 2021
Date

s/ *David J. Kaloyanides*
Attorney Name

**Defendant Mariya Chernykh**
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).