# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

| | |
|---|---|
| Case No.  CR16-00292-JGB-1 | Date  May 17, 2021 |

Present: The Honorable  **Jesus G. Bernal, United States District Judge**

| Maynor Galvez / Noe U. Ponce | Phyllis A. Preston | Melanie Ann Hanson Sartoris and Julius Nam |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| 1) Mariya Chernykh | ☐ | X | David J. Kaloyanides, CJA | ☐ | ☐ | X | N/A |

**PROCEEDINGS:**    SENTENCING AND JUDGMENT HEARING    ☐ Contested    X Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.    **X** Refer to separate Judgment Order.
___ Imprisonment for _____ on each of counts _____
    Count(s) _____ concurrent/consecutive to count(s) _____
    Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
**X** Thirty-six (36) months Probation imposed on counts 1, 3, 4, and 5 of  the Indictment, to be served concurrently.

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

___ Perform _____ hours of community service.
___ Serve _____ in a CCC/CTC.
___ Pay $_____ fine amounts & times determined by P/O.
___ Make $_____ restitution in amounts & times determined by P/O.
___ Participate in a program for treatment of narcotic/alcohol addiction.
___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
___ Other conditions: _____

Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant
**X** does not have the ability to pay.
**X** Pay $100 per count, special assessment to the United States for a total of $400.
___ Imprisonment for  months/years  and for a study pursuant to 18 USC _____ with results to be furnished to the Court within  days/months  whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
**X** Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
**X** Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.    **X** Processed statement of reasons.
**X** Bond exonerated _____ upon surrender _____ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release    # _____
___ Present bond to continue as bond on appeal.    Appeal bond set at $_____
**X** Filed and distributed judgment.  ENTERED.
**X** Other  the Court orders the U.S. Probation & Pretrial Services Office to return defendant's Russian Passport to defendant.

|  | 00 : 20 |
|---|---|
| Initials of Deputy Clerk | MG/NP |

CC: POLA